UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES BRUNDY                                                CIVIL ACTION

VERSUS                                                      NO. 14-2553

MARLIN N. GUSMAN, ET AL.                                    SECTION "G"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this __13th__ day of February, 2015.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**